**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JESSE CHARLES ROSENFELD, | ) | NO. CV 08-524-DOC(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| BEN CURRY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED:  December 8, 2008.

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE